_____

No. 96-1083
_____

John R. Stoebner, Trustee          *
for the Bankruptcy Estate          *
of T.G. Morgan, Inc.,              *
                                   *  Appeal from the United States
          Appellee,                *  District Court for the
                                   *  District of Minnesota.
     v.                            *
                                   *  [UNPUBLISHED]
Michael W. Blodgett,               *
                                   *
          Appellant.               *

_____

          Submitted:  September 26, 1996

             Filed:  October 4, 1996
_____

Before BEAM, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.


     Michael W. Blodgett appeals from the district court's[1] grant of
summary judgment to John Stoebner, trustee for the bankruptcy estate of
T.G. Morgan, Inc.  Having thoroughly reviewed the record and the parties'
submissions, we conclude the judgment of the district court was correct.
Accordingly, we affirm.  See 8th Cir. R. 47B.


     A true copy.


       Attest:


          CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

          [1]The Honorable James M. Rosenbaum, United States District
Judge for the District of Minnesota.